FILED

AUG 04 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT HERRERA,<br><br>Defendant. | § §<br>§<br>§ CRIMINAL NO. 5:25-MJ-1023-HJB<br>§<br>§ **INFORMATION**<br>§<br>§ Vio: 18 U.S.C. § 871(a), Threat Against U.S.<br>§ President<br>§ |

5:25-CR-00426-OLG

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
[18 U.S.C. § 871(a), Threat Against U.S. President]

That on or about July 10, 2025, in the Western District of Texas, Defendant,

ROBERT HERRERA,

did knowingly and willfully make a threat to take the life of, and to inflict bodily harm upon, the sitting President of the United States, specifically, posting "I won't miss" in connection with the picture of the July 2024 assassination attempt on then-presidential-candidate Donald J. Trump in Butler, Pennsylvania, which the defendant posted publicly on social media in response to a local news outlet's article describing the imminent visit of the President of the United States, at which time he was aware of the threatening nature of the communication, knew and intended it as a threat, and recklessly disregarded the risk that his communication would be perceived as a threat.

All in violation Title 18, United States Code, Section 871(a).

JUSTIN R. SIMMONS
United States Attorney

By: _____
    Mark T. Roomberg
    Assistant U.S. Attorney