# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **WAIVER OF INDICTMENT** |
| | § | |
| v. | § | |
| | § | CASE NUMBER: 5:25-MJ-1023-HJB |
| | § | |
| ROBET HERRERA | § | **5:25-CR-00426-OLG** |
| | § | |

I, ROBERT HERRERA, the above named defendant, who is accused of violation of Title 18, United States Code, Section 871(a), Threat Against U.S. President, being advised of the nature of the charges, the proposed Information, and of my rights, hereby waive in open court, prosecution by indictment and consent that the proceeding may be by Information rather than by Indictment.

Date: _____

_____
ROBERT HERRERA
Defendant

_____         _____
Signature of defendant's attorney                     Printed name of defendant's attorney

_____         _____
Judge's signature                                             Judge's printed name and title

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| v. | § | Criminal No. SA-25-MJ-1023-HJB |
| | § | |
| Robert Herrera | § | **5:25-CR-00426-OLG** |
| Defendant | § | |

## WAIVER OF INDICTMENT

I, Robert Herrera, Defendant, who is accused of unlawfully threatening the President of the United States in violation of 18 U.S.C. § 871, waive prosecution by indictment and consent that this proceeding may be by information rather than by indictment. I make this waiver after having been advised by my attorney of:

- the nature of the charges against me as described in the proposed information;
- that the charges in the information are punishable by more than one year imprisonment; and
- of my right to prosecution by indictment.

Having considered the foregoing and after discussions with my attorney, I waive my right to prosecution by indictment pursuant to Fed. R. Crim. P. 7(b).

DATE: 8-1-, 2025

_____
Robert Herrera, Defendant

DATE: 9-1-, 2025

/s/ Roland J. Garcia
_____
Roland Garcia, Attorney for Defendant